IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-1095 EGS |
| | ) |
| JOHN SNOW, SECRETARY OF | ) |
| THE TREASURY, | ) |
| | ) |
| Defendant. | ) |

ANSWER

John Snow, Secretary of the Treasury, defendant, answers the complaint filed in this matter as follows:

**FIRST DEFENSE**

Individuals are not proper defendants in FOIA and Privacy Act cases. Accordingly, the Court should substitute the Internal Revenue Service as the proper party defendant.

**SECOND DEFENSE**

Defendant answers the specific allegations in the complaint as follows:

Presently lacks sufficient information to admit or deny the allegations in the complaint.

WHEREFORE, having answered the complaint, defendant respectfully requests that the Court dismiss this action with prejudice.

DATED:	August 31, 2005

                                        <u>/s/ Jason S. Zarin</u>
                                        JASON S. ZARIN
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-0472

OF COUNSEL:

KENNETH WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Answer has been made this 31st day of August, 2005, by mailing, postage prepaid, addressed to:

>   Steven Ivey
>   7611 South Orange BL TR
>   Suite 278
>   Orlando, FL 32809

/s/ Jason S. Zarin
_____
JASON S. ZARIN