UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY,

    Plaintiff,

        v.

JOHN SNOW, Secretary,
United States Department of Treasury,

    Defendant.

Civil Action No. 05cv1095 (EGS)

## ORDER

It is hereby

ORDERED that the parties, either jointly or individually, shall file a proposed schedule to govern future proceedings in this action by October 11, 2005.

SO ORDERED.

Signed:    EMMET G. SULLIVAN
United States District Judge

August 31, 2005