IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-1095 EGS |
| | ) |
| JOHN SNOW, SECRETARY OF THE TREASURY, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR LEAVE TO FILE AMENDED ANSWER

Defendant requests leave to file an amendment to its answer filed in this case. As grounds for this motion, defendant states that he filed an answer stating that he lacked sufficient information to admit or deny the allegations in the complaint. The Internal Revenue Service has now provided defendant's counsel with sufficient information to answer the specific allegations in the complaint.

Fed. R. Civ. P. 15(a) allows the defendant to amend its answer without leave from the Court within 20 days after the answer is filed. Inasmuch as this is the 21st day, leave of Court is required. Allowing the defendant to amend its answer to specifically admit or deny the allegations will assist in the narrowing of the issues and expedite the litigation of this matter.

A copy of the proposed amended answer is attached as Exhibit 1. A proposed order is filed with this motion.

DATED:    September 21, 2005

                                          Respectfully submitted,

                                          <u>/s/ Jason S. Zarin</u>
                                          JASON S. ZARIN
                                          Trial Attorney, Tax Division
                                          United States Department of Justice
                                          Post Office Box 227
                                          Ben Franklin Station
                                          Washington, DC 20044
                                          Telephone: (202) 514-0472

OF COUNSEL:

KENNETH WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Leave to File Amended Answer has been made this 21st day of September, 2005, by mailing, postage prepaid, addressed to:

>Steven Ivey
>7611 South Orange BL TR
>Suite 278
>Orlando, FL 32809

/s/ Jason S. Zarin
_____
JASON S. ZARIN

- 3 -