IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-1095 EGS |
| | ) |
| JOHN SNOW, SECRETARY OF THE TREASURY, | ) |
| | ) |
| Defendant. | ) |

<u>AMENDED ANSWER</u>

John Snow, Secretary of the Treasury, defendant, amends his answer to the complaint filed in this matter as follows:

**FIRST DEFENSE**

Individuals are not proper defendants in FOIA and Privacy Act cases. Accordingly, the Court should substitute the Internal Revenue Service as the proper party defendant.

**SECOND DEFENSE**

Plaintiff did not properly comply with the administrative requirements of the FOIA and Privacy Act because he refused to pay for searching and copying costs. Accordingly, the Court lacks subject-matter jurisdiction over this suit.

## THIRD DEFENSE

The Court lacks subject-matter jurisdiction because plaintiff did not file a FOIA or a Privacy Act request for items 19–21 listed on page 4 of the complaint.

## FOURTH DEFENSE

Plaintiff failed to state a claim upon which relief can be granted.

## FIFTH DEFENSE

Defendant answers the specific allegations in the complaint as follows:

1. Denies the allegations made in the "complaint" paragraph on page 2 of the complaint.

2. Denies the allegations made in the "statement of the facts" paragraph on page 2 of the complaint, except admits the allegations of the second sentence of this paragraph.

3. Admits that plaintiff requested items 1–18 in a FOIA/Privacy Act request dated April 4, 2005. Denies that plaintiff made a request for items 19–21.

WHEREFORE, having answered the complaint, defendant respectfully requests that the Court dismiss this action with prejudice.

DATED:   September 21, 2005

                                            /s/ Jason S. Zarin
JASON S. ZARIN
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-0472

OF COUNSEL:

KENNETH WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Amended Answer has been made this 21st day of September, 2005, by mailing, postage prepaid, addressed to:

> Steven Ivey
> 7611 South Orange BL TR
> Suite 278
> Orlando, FL 32809

/s/ Jason S. Zarin
_____
JASON S. ZARIN