IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN IVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-1095 EGS |
| | ) | |
| JOHN SNOW, SECRETARY OF THE TREASURY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter comes before the Court on defendant's motion for leave to file an amended answer. Having considered the motion and for good cause shown, the Court GRANTS the motion. Therefore the Court ORDERS the Clerk to file the proposed amended answer attached to the motion as the defendant's amended answer in this case.

So ordered this ____ day of _____, 2005.


_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed Order has been made this 21st day of September, 2005, by mailing, postage prepaid, addressed to:

>Steven Ivey
>7611 South Orange BL TR
>Suite 278
>Orlando, FL 32809

/s/ Jason S. Zarin
_____
JASON S. ZARIN