UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY,
7611 S. Orange Blossom Trail, #278
Orlando, FL, 32809,

    Plaintiff,

                                                                   Civil Action No. 05-1095

    V.

JOHN SNOW,
U.S. Department of the Treasury,
1500 Pennsylvania Ave, NW
Washington, DC, 20220,

    Defendant.

## AMENDED COMPLAINT AND PLAINTIFF'S REPLY TO DEFENDANT'S FIRST AND SECOND DEFENSE

### AMENDED COMPLAINT

In addition to the original FIOA complaint, the plaintiff request the following documentation/information:

(a) The Restructuring and Reform Act of 1998 (RRA98) forms for filing a complaint and the associated form for the processing of complaints.

(b) Compliance reports as per the RRA98 from 1998 to 2001.

(c) The number of data transcribers terminated from the Doraville, Ga. IRS processing center terminated for rating for the 1998, 1999, 2000, 2001, and

1

2002 tax season. Similarly the number of data transcribers terminated for reasons other than rating.

(d) The total numbers of employees terminated from all departments from 1998 to 2002 at the Doraville, Ga. IRS processing center.

(e) The list of employees for the Doraville, Ga. IRS processing center for the years 1998 - 2002.

(f) The position, name, and contact address for the Treasury employee responsible for settling payments under **5 USCS 7701**.

(g) Treasury Department EEOC compliance reports fro the years 1998 to 2002.

(h) The records of incentive pay of the plaintiff, Steven Ivey, for the period of employment.

(i) The records of total incentive pay allocations for the Doraville, Ga. IRS processing center from 1998 to 2002.

(j) The verification/consent form of Jennifer Smith for the use of personal and personnel file as submitted by Kelly Mancle in the treasury EOP file 02-1135.

(k) The list of employees that received sexual material/invitation as referenced in the TIGTA file (Defendants Exhibit O for case 04-0214 US Dist. Court for DC).

(l) The affidavits of Judy Jordan, Winda Daniels, and Kelly Mancle as referenced by Pam Blackburn, p. 3 of the TIGTA file Kathleen Bushnell of the Submission Processing Post Processing Division.

(m) Correspondences to the US Treasury to Laura Sauer of the DOJ concerning the Treasury EOP file 02-0412.

## REPLY TO DEFENDANT'S DEFENSES

For the First Defense the plaintiff objects to the defendant's request to substitute the Internal Revenue Service as defendant. The plaintiff does approve of the substitution of the US Department of the Treasury as the proper defendant.

For the second defense the plaintiff asserts that the defendant has adequate information for the request. In particular much of the information is public information or that which is required by regulations. From the exchange as per Local Rule 16.3 and further clarification more specific document identification can be provided.

Under the regulations of the FIOA and Privacy Act the plaintiff request the Court to deny the defendant's request to dismiss this action.

_9-26-05_
Date

_[signature]_
Plaintiff
Steven Ivey
7611 S. Orange Blossom Tr., #278
Orlando, FL, 32809

3

**United States District Court**
**For The District of the District of Columbia**

Steven Ivey,
    Plaintiff,

                                          Civil Action No. 05-1095-EGS

V.

U.S. Department of the Treasury,
    Defendant.

## Proposed Schedule for Proceedings

The suggested schedule is as follows:

I. The parties file either jointly or individually an initial report as per Local Rule 16.3 by **November 1, 2005**. Any questions as per the parties concerning request, misinformation and/or amended complaints be address with any unresolved issues to be covered in subsequent Motions to the Court.

II. The defendant should then submit the requested information to the plaintiff and/or file a dispositive motion on or before **November 14, 2005**.

1

**III.** The plaintiff file any opposition and/or response motion on or before **December 14, 2005**.

**IV.** The plaintiff further request that because mailings to the plaintiff from the Court for the order generating this scheduling proposal and other orders as entered around August 30 & 31, 2005 were never delivered to the plaintiff until after September 12, 2005 that for this case the mailings to the plaintiff from the Court and the defendant be sent certified mail.

_9-26-05_
Date

_[signature]_
Plaintiff
Steven Ivey
7611 S. Orange Bl. Tr., #278
Orlando, Fl., 32809

2

## Certification of Service

The attached document was sent by certified mail to:

Office of the Clerk
US District Court for DC
333 Constitution Ave, N.W.
Washington, DC, 20001

And by regular mail to:

Jason Zarin
US Dept. of Justice
PO Box 227
Ben Franklin Station
Washington, DC, 20044


9-26-05
Date

Steven Ivey
Plaintiff