IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-1095 (EGS) |
| | ) |
| JOHN SNOW, | ) |
| SECRETARY OF TREASURY, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S UNILATERAL RULE 16 REPORT

Defendant is submitting his own unilateral report because no conference has been held between the parties and plaintiff filed his own report on October 10, 2005.

### STATEMENT OF THE CASE

Plaintiff brings this case under the Freedom of Information Act (5 U.S.C. § 552) and the Privacy Act (5 U.S.C. § 552a) requesting the Internal Revenue Service produce several categories of documents responsive to his requests.

Defendant asserts that the Court lacks subject-matter jurisdiction over this case because plaintiff did not properly comply with the administrative requirements of the FOIA and Privacy Act because he refused to pay for searching and copying costs and because he did not file a FOIA or a Privacy Act request for items 19–21 listed on page 4 of the complaint.

## LIKELIHOOD OF DISPOSAL ON DISPOSITIVE MOTION

Defendant believes that this case can be disposed of on a motion for summary judgment. Defendant expects that he can file a motion for summary judgment within 60 days.

## JOINDER OF OTHER PARTIES

Defendant does not anticipate the necessity for other parties to be joined. Accordingly, the Court should set the deadline for amending briefs for October 28, 2005.

## ASSIGNMENT TO MAGISTRATE JUDGE

Defendant does not consent to this case being assigned to a magistrate judge for trial.

## ALTERNATIVE DISPUTE RESOLUTION

Inasmuch as this is a case arising under the Privacy Act and that defendant believes that this case can be resolved on a motion for summary judgment or other dispositive motion, defendant does not believe that ADR would be productive. Should the Court order a settlement conference or other ADR proceeding, defendant requests that the Court not do so until after defendant submits a motion for summary judgment or other dispositive motion and the Court considers the motion.

## SCOPE OF DISCOVERY

Defendant believes that inasmuch as this is a case brought under the Privacy Act, discovery at this time would not be productive, and requests that the Court stay all discovery until after defendant has filed a motion for summary judgment or other dispositive motion.

## EXPERT WITNESSES

Defendant does not anticipate the use of expert witnesses.

DATED:   October 11, 2005

                                              Respectfully submitted,

<u>/s/ Jason S. Zarin</u>
JASON S. ZARIN
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-0472

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

- 3 -

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the foregoing Rule 16 Report has been made this 11th day of October, 2005, by mailing, postage prepaid, addressed to:

    Steven Ivey
    7611 S. Orange Blossom Trail #278
    Orlando, FL 32809

                                      /s/ Jason S. Zarin
                                _____
                                JASON S. ZARIN