UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY,

    Plaintiff,

        v.

JOHN SNOW, Secretary,
United States Department of Treasury,

    Defendant.

Civil Action No. 05cv1095 (EGS)

**ORDER**

    This matter is before the Court on consideration of plaintiff's Amended Complaint and "Proposed Schedule for Proceedings," and defendant's "Unilateral Rule 16 Report."

    The Court advises plaintiff that he is expected to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court. Because defendant already had filed a pleading responsive to the Complaint, plaintiff was required to seek leave of Court before filing an Amended Complaint. *See* Fed. R. Civ. P. 15(a). The Court excuses this failure to comply with the applicable rules, and warns plaintiff that he should not expect such lenience in the future.

    It is hereby

    ORDERED that leave to file an Amended Complaint [Dkt. #11] is granted. Defendant shall file a response within 20 days of entry of this Order. It is further

    ORDERED that defendant shall file a dispositive motion not later than **December 21, 2005**. Plaintiff shall file his opposition or other response to defendant's motion not later than

1

**January 20, 2006**.  Defendant shall file a reply, if any, not later than **February 3, 2006**.

    SO ORDERED.


        Signed:        EMMET G. SULLIVAN
                       United States District Judge

        Dated:         October 25, 2005