IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN IVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-1095 EGS |
| | ) | |
| JOHN SNOW, SECRETARY OF | ) | |
| THE TREASURY, | ) | |
| | ) | |
| Defendant. | ) | |

ANSWER TO AMENDED COMPLAINT

John Snow, Secretary of the Treasury, defendant, answers the amended

complaint filed in this matter as follows:

**FIRST DEFENSE**

Individuals are not proper defendants in FOIA and Privacy Act cases.

Accordingly, the Court should substitute the Internal Revenue Service as the proper

party defendant.

**SECOND DEFENSE**

Plaintiff did not properly comply with the administrative requirements of the

FOIA and Privacy Act because he refused to pay for searching and copying costs.

Accordingly, the Court lacks subject-matter jurisdiction over this suit.

**THIRD DEFENSE**

The Court lacks subject-matter jurisdiction because plaintiff did not file a FOIA

or a Privacy Act request for items (a)–(m) listed on pages 1–2 of the amended complaint.

**FOURTH DEFENSE**

Plaintiff failed to state a claim upon which relief can be granted.

**FIFTH DEFENSE**

Defendant answers the specific allegations in the amended complaint as follows:

1.      Denies the allegations made in the "amended complaint" section on pages

1–2 of the complaint.

2.      Denies the allegations made in the "reply to defendant's defenses" section

on page 3 of the amended complaint.

WHEREFORE, having answered the amended complaint, defendant respectfully

requests that the Court dismiss this action with prejudice.

DATED:        November 14, 2005

                                        /s/ Jason S. Zarin
                                        JASON S. ZARIN
                                        Trial Attorney, Tax Division
                                        United States Department of Justice
                                        Post Office Box 227
                                        Ben Franklin Station
                                        Washington, DC 20044
                                        Telephone: (202) 514-0472

OF COUNSEL:

KENNETH WAINSTEIN
United States Attorney

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the foregoing Answer to Amended

Complaint has been made this 14th day of November, 2005, by mailing, postage

prepaid, addressed to:

> Steven Ivey
> 7611 South Orange BL TR
> Suite 278
> Orlando, FL 32809

/s/ Jason S. Zarin

_____

JASON S. ZARIN