IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-1095 EGS |
| ) | |
| JOHN SNOW, SECRETARY OF ) | |
| THE TREASURY, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Secretary of the Treasury, John Snow, defendant, moves for summary judgment in this matter. As grounds for his motion, defendant states that the material facts are not in dispute and that he is entitled to judgment as a matter of law. Specifically, defendant states that plaintiff filed improper FOIA and Privacy Act requests and did not correct them when given an opportunity to do so. Moreover, plaintiff did not file any Privacy Act or FOIA requests concerning items 19–21 in the complaint and all the items listed in the amended complaint. Therefore, plaintiff did not exhaust his administrative remedies under the Acts before bringing suit. Accordingly, the Court should dismiss this case.

Attached to this motion as Exhibit 1 is the declaration of Mary Ellen Keyes. A statement of facts, supporting memorandum of law, and proposed order are also filed with this motion.

DATED:      December 19, 2005

                                        Respectfully submitted,

<u>/s/ Jason S. Zarin</u>
JASON S. ZARIN
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-0472

OF COUNSEL:

KENNETH WAINSTEIN
United States Attorney

- 2 -

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Defendant's Motion for Summary Judgment has been made this 19th day of December, 2005, by mailing, postage prepaid, addressed to:

>Steven Ivey
>7611 South Orange BL TR
>Suite 278
>Orlando, FL 32809

/s/ Jason S. Zarin

_____

JASON S. ZARIN