IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 05-1095 EGS |
| | ) |
| JOHN SNOW, SECRETARY OF THE TREASURY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on defendant's motion for summary judgment. Having considered the motion, any opposition, and the entire record of the case, the Court GRANTS the motion. Accordingly, the Court ORDERS that this matter is DISMISSED WITH PREJUDICE.

So ordered this ___ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed Order has been made this 19th day of December, 2005, by mailing, postage prepaid, addressed to:

>Steven Ivey
>7611 South Orange BL TR
>Suite 278
>Orlando, FL 32809

>/s/ Jason S. Zarin
>_____
>JASON S. ZARIN