UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY,                              )
7611 S. Orange Bl. Tr., #278              )
Orlando, FL, 32809,                       )
                                          )
    Plaintiff,                          )
                                          )  Civil Action No. 05-1095-EGS
    V.                                  )
                                          )
JOHN W. SNOW , Secretary,                 )
U.S. Department of the Treasury,          )
1500 Pennsylvania Ave, NW                 )
Washington, DC, 20220,                    )
                                          )
    Defendant.                          )

## PLAINTIFF'S MOTION FOR NAME CHANGE OF DEFENDANT

Plaintiff request the Court to change as proper defendant from John Snow to The US Department of the Treasury as per FOIA/Privacy Act requirements.

1-21-06
Date

*Steven Ivey* (signature)
Steven Ivey
Plaintiff

## Certification of Service

The attached document was sent by certified mail to:

Office of the Clerk
US District Court for DC
333 Constitution Ave, N.W.
Washington, DC, 20001

And by regular mail to:

Jason Zarin
US Dept. of Justice
PO Box 227
Ben Franklin Station
Washington, DC, 20044

_1-21-06_
Date

_Steven Ivey_
Steven Ivey
Plaintiff