UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN SNOW, Secretary,<br>United States Department of Treasury,<br><br>    Defendant. | Civil Action No.  05cv1095 (EGS) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's "Motion for Name Change of Defendant" [Dkt. #17] is GRANTED.  It is further

ORDERED that defendant's motion for summary judgment [Dkt. #15] is GRANTED, and that JUDGMENT shall be entered in defendant's favor.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.


Signed:      EMMET G. SULLIVAN
             United States District Judge

Dated:       July 19, 2006