UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY
Plaintiff

vs.   Civil Action No. 05-1095 EGS

DEPT. of the TREASURY
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 13th day of September, 2006, that STEVEN IVEY, PLAINTIFF hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this Court entered on the July day of 19, 2006, in favor of DEPT. of the TREASURY, Defendant against said STEVEN IVEY, plaintiff.

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days in the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

[USCADC Form __ (Rev. May 2004)]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 05-1095

**STEVEN IVEY,**
**pro se,**

    **Plaintiff,**

        V.                      **NOTICE OF APPEAL**

**US DEPARTMENT OF THE TREASURY,**

    **Defendant.**

    Notice is hereby given that Steven Ivey, plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit.

_/s/ Steven Ivey_
Steven Ivey

Pro Se: Steven Ivey
        7611 S. Orange Bl. Tr., #278
        Orlando, FL, 32809

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action Nos. 05-1095

STEVEN IVEY,

    Appellant,

        V.              TRANSCRIPT ORDER ON APPEAL

U.S. DEPARTMENT of the TREASURY,

    Appellee.

### CERTIFICATE REGARDING DOCKET ENTRIES/REPORT

    The appellant, Steven Ivey, pursuant to Federal Rules of Appellant Procedure, Rule 10(a), is ordering from US District Court for the District of Columbia a certified copy of the Docket Entries/Report for case 05-1095 to be included in the Record on Appeal.

**Appellant reserves the right to settlement of any fees/cost from the Equal Access to Justice Act, 28 U.S.C. 2412.**

9-13-06
Date

Steven Ivey

Pro Se: Steven Ivey
        7611 S. Orange Bl. Tr., #278
        Orlando, FL, 32809

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Civil Action No. 05-1095

STEVEN IVEY,
pro se,

Plaintiff,

V.    REPRESENTATION STATEMENT

U.S. DEPARTMENT of the TREASURY,

Defendant.

Notice is hereby given that for the **NOTICE OF APPEAL** filed in US District Court for the District of Columbia, that the plaintiff is filing the Representation Statement for the parties as follows:

The plaintiff is Pro Se, Steven Ivey, 7611 S. Orange Bl. Tr., #278, Orlando, FL, 32809.

For the defendant, US Treasury Department, representation is: Jason Zarin, US Dept. of Justice, PO Box 227, Ben Franklin Station, Washington, DC, 20044

9-13-06
Date

Steven Ivey

Pro Se: Steven Ivey
7611 S. Orange Bl. Tr., #278
Orlando, FL, 32809

## Certification of Service

The attached document was sent by certified mail to:

Office of the Clerk
US Court of Appeals for the DC District
E. Barrett Prettyman US Courthouse
Washington, DC, 20001

And by regular mail to:

Office of the Clerk
US District Court for DC
333 Constitution Ave, N.W.
Washington, DC, 20001

Jason Zarin
US Dept. of Justice
PO Box 227
Ben Franklin Station
Washington, DC, 20044

_9-13-06_
Date

_Steven Ivey_
Steven Ivey
Plaintiff