UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY,
pro se,

    Plaintiff,

                              Appeal No. 05-1095

    V.

US DEPARTMENT OF THE TREASURY,

    Defendant.

### REQUEST FOR APPOINTMENT OF COUNSEL

The appellant is requesting pursuant to **28 USC 1915 (b)** that the Court appoint the appellant an attorney. The appellant is preceeding pro se and in forma pauperis for the above listed case.

                                          _/s/ Steven Ivey_
                                          Steven Ivey

                                        Pro Se: Steven Ivey
                                                 7611 S. Orange Bl. Tr., #278
                                                 Orlando, FL, 32809

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 05-1095

STEVEN IVEY,
pro se,

      Plaintiff,

V.                           REPRESENTATION STATEMENT

U.S. DEPARTMENT of the TREASURY,

      Defendant.

      Notice is hereby given that for the **NOTICE OF APPEAL** filed in US District Court for the District of Columbia, that the plaintiff is filing the Representation Statement for the parties as follows:

The plaintiff is Pro Se, Steven Ivey, 7611 S. Orange Bl. Tr., #278, Orlando, FL, 32809.

For the defendant, US Treasury Department, representation is:
Jason Zarin, US Dept. of Justice, PO Box 227, Ben Franklin Station, Washington, DC, 20044

9-13-06
Date

Steven Ivey

Pro Se: Steven Ivey
7611 S. Orange Bl. Tr., #278
Orlando, FL, 32809

## Certification of Service

The attached document was sent by certified mail to:

Office of the Clerk
US Court of Appeals for the DC District
E. Barrett Prettyman US Courthouse
Washington, DC, 20001


And by regular mail to:

Office of the Clerk
US District Court for DC
333 Constitution Ave, N.W.
Washington, DC, 20001

Jason Zarin
US Dept. of Justice
PO Box 227
Ben Franklin Station
Washington, DC, 20044


9-13-06
Date

Steven Ivey
Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action Nos. 05-1095

STEVEN IVEY,

Appellant,

V.    TRANSCRIPT ORDER ON APPEAL

U.S. DEPARTMENT of the TREASURY,

Appellee.

CERTIFICATE REGARDING DOCKET ENTRIES/REPORT

The appellant, Steven Ivey, pursuant to Federal Rules of Appellant Procedure, Rule 10(a), is ordering from US District Court for the District of Columbia a certified copy of the Docket Entries/Report for case 05-1095 to be included in the Record on Appeal.

**Appellant reserves the right to settlement of any fees/cost from the Equal Access to Justice Act, 28 U.S.C. 2412.**

8-13-06
Date

Steven Ivey

Pro Se: Steven Ivey
7611 S. Orange Bl. Tr., #278
Orlando, FL, 32809